**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:11CR83 |
| vs. | ) ) | ORDER |
| BRIAN TROTTER, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the motion to continue by the government (Filing No. 49).  The motion seeks a continuance of the trial scheduled for October 31, 2011.  Government's counsel represents that defendant's counsel has no objection to the motion.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.      The motion to continue trial (Filing No. 49) is granted.

2.      Trial of this matter is re-scheduled for **November 7, 2011,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 29th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge