IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:11CR83 |
| vs. | |
| BRIAN TROTTER, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's, Brian Trotter, motion for a copy of Exhibit 13 (Filing No. 161).  Exhibit 13 is a stipulation between the government and the defendant that was read and received into evidence during the defendant's November 8-10, 2011, trial.  **See** Filing No. 63 - Exhibit List; Filing No. 71 - Trial Transcript, Vol. II, at 211-12.  The court previously allowed the plaintiff to proceed *in forma pauperis*.  **See** Filing No. 132 - Order.  Additionally, the defendant filed a motion to extend time to file a motion for habeas relief pursuant to 28 U.S.C. § 2255, which the court construed as a motion for § 2255 relief.  **See** Filing No. 159 - Motion, Filing No. 160 - Order.  The court gave the defendant until January 15, 2015, to file the appropriate paperwork to support his motion for § 2255 relief.  **See** Filing No. 160 - Order.  The defendant's current request for a copy of Exhibit 13 is within the extended timeframe.  The Clerk of the Court does not have possession of Exhibit 13.  However, the court does have the trial transcript which contains the stipulation read to the jury.  **See** Filing No. 71 - Trial Transcript, Vol. II, at 211-12.  Upon consideration,

**IT IS ORDERED**:

The defendant's motion (Filing No. 161) is granted.  The Clerk of the Court shall provide the defendant a copy of this order and pages 211 and 212 from Filing No. 71 - Trial Transcript, Vol. II.

Dated this 27th day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge