# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:11CR83 |
| vs. | |
| **BRIAN TROTTER,** | ORDER |
| Defendant. | |

This matter is before the court on the defendant's, Brian Trotter, second request for a copy of Exhibit 13 (Filing No. 163). Exhibit 13 is a stipulation between the government and the defendant that was read and received into evidence during the defendant's November 8-10, 2011, trial. **See** Filing No. 63 - Exhibit List; Filing No. 71 - Trial Transcript, Vol. II, at 211-12. In response to the defendant's first request (Filing No. 161), the court noted the Clerk of the Court does not have possession of Exhibit 13. **See** Filing No. 162 - Order. However, the court provided the defendant a copy of the trial transcript which contains the stipulation read to the jury. **See** *id.*; **see also** Filing No. 71 - Trial Transcript, Vol. II, at 211-12. The defendant reiterates his need for a copy of the stipulation. **See** Filing No. 163 - Motion. The Clerk of the Court does not possess the exhibits from the defendant's November 8-10, 2011, trial. The defendant may contact his trial lawyer or the Assistant United States Attorney to obtain a copy of the stipulation.

**IT IS ORDERED**:

The defendant's motion (Filing No. 162) is denied.

Dated this 12th day of November, 2014.

                                                                 BY THE COURT:

                                                                 s/ Thomas D. Thalken
                                                                 United States Magistrate Judge