IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:11CR83 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BRIAN TROTTER, | |
| Defendant. | |

Pursuant to the decision of the Eighth Circuit Court of Appeals, Filing Nos. 194 and 195, the defendant's Motion to Vacate under 28 U.S.C. § 2255 (Johnson), Filing No. 185 is dismissed.

IT IS SO ORDERED.

Dated this 18th day of September, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge