IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:11CR83 |
| vs. | ORDER FOR DISMISSAL |
| BRIAN TROTTER, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 221) the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 199). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

The Motion to Dismiss Criminal Case is granted and the Petition for Offender Under Supervision is dismissed.

Dated this 4th day of March, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge